TOM WARREN, *Plaintiff in Error,* v. F. C. DAFFIN COM-
PANY, A CORPORATION, *Defendant in Error.*

Opinion Filed February 14, 1921.

A final judgment cannot legally be entered by the Clerk of the
Circuit Court where the only service of notice of the suit
is by publication.

A Writ of Error to the Circuit Court for Jackson
County; C. L. Wilson, Judge.

Judgment reversed.

*John H. Carter,* for Plaintiff in Error;

*Moses Guyton,* for Defendant in Error.

WHITFIELD, J.—In an action begun by attachment there
was constructive service by publication. Judgment by de-
fault for failure to appear was entered by the clerk on a
rule day, and final judgment for the plaintiff was entered
the same day by the clerk. A writ of error was taken.

A final judgment cannot be entered by the clerk of the
Circuit Court where the only service of notice of the suit is
by publication. Busard v. Houston, 65 Fla. 479, 62 South.
Rep. 483; Sec. 1426, Gen. Stats., 1906, Compiled Laws,
1914; Marshall v. Ravisies, 22 Fla. 583; Cornwell v. Willi-
ford, 73 Fla. 305, 73 South. Rep. 795.

The final judgment entered by the clerk was unauthor-
ized and illegal.

Judgment reversed.

BROWNE, C. J., AND TAYLOR, ELLIS AND WEST, J. J., con-
cur.